## UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANTAM DESIGN GROUP, LLC on its own behalf and derivatively on behalf of nominal defendant GUSTAVO CADILE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MEMECA DELL'AQUA LTD., GRMAR, LLC, STUDIO 38, LLC, RAWAFED AMERICA, INC. and GUSTAVO CADILE,<br><br>    Defendants,<br><br>and<br><br>GUSTAVO CADILE, LLC,<br><br>    Nominal Defendant. | Civil Action No. 15CV2450<br><br><br><br><br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew J. Tine, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Rafawed America, Inc. in the above captioned action.

I am in good standing of the bars of the states of Massachusetts, Rhode Island, and New Hampshire (voluntarily inactive) and there are no pending disciplinary proceedings against me in any state or federal courts. Certificates of Good standing will be filed forthwith for each state bar.

Dated: 12/8/15                            Respectfully submitted,

                                                */s/Andrew J. Tine*

                                                Andrew J. Tine
                                                Law Office of Andrew J. Tine
                                                18 Maple Avenue, Suite 267
                                                Barrington, RI 02806
                                                401-396-9002 – Tel.
                                                atine@tinelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2015, I electronically filed the foregoing document with the United States District Court for the Southern District of New York using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Mark Cermele, Esq. and Jacob Yiping Chen, Esq.

*/s/Andrew J. Tine*